Prob 12A
(Revised 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James Cauley     Case Number: 3:06-00160 and 3:06-00161

Name of Judicial Officer: The Honorable William J. Haynes, Jr., U. S. District Judge

Date of Original Sentence: August 28, 2007

Original Offense: 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon; and 21 U.S.C § 841(a)(1) – Possession with Intent to Distribute Cocaine Base and Marijuana

Original Sentence: 113 months' custody as to each count to be served concurrently and be followed by 3 years' supervised release as to Case # 3:06-00160, and 5 years as to Case # 3:06-00161, to be served concurrently.

Type of Supervision: Supervised Release     Date Supervision Commenced: March 12, 2012

Assistant U.S. Attorney: Thomas M. Kent     Defense Attorney: Barry R. Tidwell

---

**THE COURT ORDERS:**

☒ No Action-Hold in Abeyance *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ No Action

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted

Considered this 11th day of July, 2012,
and made a part of the records in the above case.

_____
William J. Haynes Jr.
U. S. District Judge

_____
Augustine A. Omelogu
U.S. Probation Officer

Place: Nashville, Tennessee

Date: July 2, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **Shall not purchase, possess, use, distribute, or administer any controlled Substance:** |

On April 26, 2012, Mr. Cauley submitted a urine sample which tested positive for Marijuana. On May 3, 2012, the offender submitted a urine sample which tested positive for Marijuana and Cocaine, and another urine sample that tested positive for Cocaine on June 18, 2012.

| | |
|---|---|
| 2. | **The defendant shall not commit another federal, state, or local crime:** |

On May 13, 2012, Metro-Nashville Police Department issued the offender a citation for Assault/Offensive or Provocative Contact.

According to the police report, the defendant was at the Crazy Horse Salon at 300 McCann Street in Nashville and was allegedly intoxicated. As he was attempting to leave the business, he allegedly slapped a female on her buttocks and laughed. The female was reportedly very offended at the behavior. She told police she did not work at the salon and did not want the offender to touch her.

The offender denied the allegation when interviewed by the probation officer. A hearing on the matter is set for August 6, 2012, in General Sessions Court.

| | |
|---|---|
| 3. | **The defendant shall not commit another federal, state or local crime:** |

On June 25, 2012, Murfreesboro Police Department issued the defendant a citation for Driving on a Revoked License.

The defendant admitted this charge. A hearing on the matter is set for August 7, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Cauley was released from BOP custody on March 12, 2012, and was taken into custody by the Rutherford County Sheriff, on several old warrants issued in 2009. He was subsequently released from their custody and commenced his term of supervised release. He resides with his wife and their three children in Murfreesboro. Mr. Cauley is not yet employed, but appears to be actively seeking employment.

Based on his positive tests for marijuana and cocaine, Mr. Cauley was referred for a substance abuse assessment at The Guidance Center in Murfreesboro. His diagnosis included Major Depressive Disorder; Panic Disorder without Agoraphobia; Generalized Anxiety Disorder; and Polysubstance Dependence. Individual therapy and medication management were recommended. Mr. Cauley began the individual therapy on June 27, 2012, and has expressed desire to continue participation in the program. He has been advised that further drug use could result in a recommendation for a warrant.

**U.S. Probation Officer Recommendation:**

Even though the offender has violated the conditions of his supervision, the probation officer wishes to provide him an opportunity to address the issues identified in his diagnosis. The probation officer respectfully recommends that the Court take no action at this time and hold the violations in abeyance.

The U. S. Attorney's Office has been advised of the offender's noncompliance, and it concurs with probation officer's recommendation.

Approved: _____
Kenneth Parham
Supervisory U.S. Probation Officer